1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
    1301 Clay Street, Suite 340S
6   Oakland, California 94612
    Telephone: (510)637-3705
7   Fax: (510)637-3724

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,        )    No.    CR 06 0123 WHA
                                    )
13      Plaintiff,                  )    STIPULATION AND [PROPOSED]
                                    )    ORDER FOR CONTINUANCE FROM
14      v.                          )    MARCH 13, 2006 THROUGH MARCH 21,
                                    )    2006 AND EXCLUDING TIME FROM
15 JEFFREY W. FOX,                  )    THE SPEEDY TRIAL ACT
                                    )    CALCULATION (18 U.S.C. §
16      Defendant.                  )    3161(h)(8)(A))
                                    )
17 _____ )

18        With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling a trial setting hearing on March 21, 2006 at 2:00 P.M. before the Honorable

20 William H. Alsup and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

21 § 3161(b), from March 13, 2006 through March 21, 2006.  The parties agree, and the Court finds

22 and holds, as follows:

23        1.  The defendant has been indicted and had his initial appearance before the Court on

24 March 13, 2006.  At that time, counsel for the defendant, Assistant Federal Public Defender

25 Steven Kalar, informed the Court that he needed further time to confer with the defendant

26 regarding the charges and to seek discovery from the government.

27        2.  Accordingly, defense counsel requested that the period from March 13, 2006 through

28 March 21, 2006 be excluded under the Speedy Trial Act.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. After a hearing on this matter on March 13, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from March 13, 2006 through March 21, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets the trial setting hearing on March 21, 2006 at 2:00 P.M. before the Honorable William H. Alsup, and (2) orders that the period from March 13, 2006 through March 21, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 17, 2006 _____/s/_____
STEVEN G. KALAR
Assistant Federal Public Defender

DATED: March 21, 2006 _____/s/_____
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 21, 2006 _____

THE HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge



2