KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510)637-3705
   Fax:  (510)637-3724
   michelle.morgan-kelly@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JEFFREY W. FOX,<br>    Defendant. | No.   CR 06 0123 WHA<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR CONTINUANCE FROM<br>MARCH 21, 2006 THROUGH APRIL 18,<br>2006 AND EXCLUDING TIME FROM<br>THE SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. §<br>3161(h)(8)(A)) |

     With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing on April 18, 2006 at 2:00 P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 21, 2006 through April 18, 2006. The parties agree, and the Court finds and holds, as follows:

     1. The defendant appeared before the Court on March 21, 2006. At that time, counsel for the defendant, Assistant Federal Public Defender Steven Kalar, informed the Court that he had just provided the government with a computer hard drive in order to obtain digital discovery, and that he needed to do further research and evaluation regarding defendant's competency in light of defendant's recent illness.

     2. Accordingly, the parties requested that the period from March 21, 2006 through April 18, 2006 be excluded under the Speedy Trial Act for effective preparation of counsel.

3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. After a hearing on this matter on March 21, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from March 21, 2006 through April 18, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing on April 18, 2006 at 2:00 P.M., and (2) orders that the period from March 21, 2006 through April 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   March 30, 2006

/s/
STEVEN G. KALAR
Assistant Federal Public Defender

DATED:   March 31, 2006

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/3/06

WILLIAM H. ALSUP
United States District Judge

