1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2  MARK KROTOSKI (CABN 138549)
   Chief, Criminal Division

3  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney

4  
   1301 Clay Street, Suite 340S
5  Oakland, California 94612
   Telephone: (510)637-3705
6  Fax: (510)637-3724
   michelle.morgan-kelly@usdoj.gov

7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06 0123 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER ~~FOR CONTINUANCE FROM JUNE 20, 2006 THROUGH JULY 18, 2006 AND~~ EXCLUDING TIME FROM THE |
| JEFFREY W. FOX, | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A) & (B)(iv)) |
| Defendant. | ) | |
| | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a motions hearing on August 22, 2006 at 2:00 P.M. and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 20, 2006 through July 18, 2006.  The parties agree, and the Court finds and holds, as follows:

1. The defendant appeared before the Court on June 20, 2006.  At that time, counsel for the defendant, Assistant Federal Public Defender Steven Kalar, informed the Court of the three motions that he intends to file.  The Court set the matter until August 22, 2006 at 2:00 p.m. for a motions hearing and ordered that defendant file his motions by July 18, 2006.  Mr. Kalar indicated that he will require time to review additional discovery and conduct research in order to prepare the motions.

2. Accordingly, the parties requested that the period from June 20, 2006 through July 18,

1 | 2006 be excluded under the Speedy Trial Act for effective preparation of defense counsel.

2 |     3. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    4. After a hearing on this matter on June 20, 2006, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, the ends of justice served by excluding the period from June 20, 2006 through July 18, 2006 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    5. Accordingly, and with the consent of the defendant, the Court (1) sets a motions hearing on August 22, 2006 at 2:00 P.M., and (2) orders that the period from June 20, 2006 through July 18, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:   6/22/06              /s/
                                        STEVEN G. KALAR
                                        Assistant Federal Public Defender

DATED:   6/21/06              /s/
                                        MICHELLE MORGAN-KELLY
                                        Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 26, 2006
                                        WILLIAM H. ALSUP
                                        United States District Court Judge

