1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No.  CR 06-0123 WHA |
| Plaintiff, | ) | |
| | ) | [PROPOSED] STIPULATED ORDER |
| v. | ) | RE: BRIEFING SCHEDULE |
| | ) | |
| JEFFREY FOX, | ) | |
| | ) | **Current Hearing Date:** Tuesday, |
| Defendant. | ) | August 22, 2006 at 2:00 pm |
| | ) | |
| | | **Proposed Hearing Date:**  Tuesday, September 19, 2006 at 2:00 pm |

In this proposed stipulated order resetting motion dates, the parties represent that they had initiated settlement discussions before the defense filed its recent motion to dismiss. To facilitate these discussions, and because AUSA Morgan-Kelly will be out of the country on a work-related assignment in the upcoming weeks, the parties request the following briefing schedule:

Government Opposition:	August 29, 2006

Defense Reply:	September 12, 2006

Hearing:	Tuesday, September 19, 2006

The parties represent that this revised briefing schedule will not require a change in the current trial date in this case. The parties also note that time is currently excluded under the Speedy Trial Act, in light of AFPD Kalar's pending motion to dismiss.

*Fox*, CR 06-0213 WHA
ORD. CONT. MOT. HEARING

1  Therefore, for good cause shown the current hearing date of August 22, 2006 is vacated. The
2  schedule proposed above is adopted.
3
4  IT IS SO ORDERED.
5
   _7/28/06_____
6  DATED                              WILLIAM ALSUP
                                      United States District Judge
7
8  IT IS SO STIPULATED.
9  _____              __/s_____
   DATED                              KEVIN V. RYAN
10                                    United States Attorney
                                      Northern District of California
11                                    MICHELLE MORGAN-KELLY
                                      Assistant United States Attorney
12
13
                                      __/s_____
14 _____              BARRY J. PORTMAN
   DATED                              Federal Public Defender
15                                    Northern District of California
                                      STEVEN G. KALAR
16                                    Assistant Federal Public Defender

*Fox*, CR 06-0213 WHA
ORD. CONT. MOT. HEARING                  2