IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0123 WHA |
| Plaintiff, ) | |
| ) | [PROPOSED] STIPULATED ORDER |
| v. ) | CONTINUING SENTENCING |
| JEFFREY FOX, ) | |
| Defendant. ) | |

The defendant in the above-entitled case is currently scheduled to be sentenced on Tuesday, January 9, 2007. Counsel for the government, AUSA Morgan-Kelly, is unavailable on that date because of medical leave.

In this proposed stipulated order the parties jointly request that the sentencing be continued to Tuesday, February 20, 2007 at 2:00 p.m. to permit Ms. Morgan-Kelly to return to the office, file a sentencing memorandum, and represent the government at the sentencing hearing. AUSA Kalar has spoken to Probation Officer Ben Flores, who is available on February 20th.

The Court also notes that Mr. Fox has been out of custody during this case, and there have been no allegations of any violations of his pretrial release.

//

//

//

*Fox*, CR 06-0123 WHA
ORD. CONT. SENTENCING

| | |
|---|---|
| 1 | Therefore, for good cause shown sentencing in this matter shall be continued from Tuesday, January 9, 2007 to Tuesday, February 20, 2007 at 2:00 p.m. |

IT IS SO ORDERED.

January 8, 2007
DATED                                      WILLIAM ALSUP
                                           United States District Court Judge

IT IS SO STIPULATED.

_____       \_\_\_/s_____
DATED                                      KEVIN V. RYAN
                                           United States Attorney
                                           Northern District of California
                                           DOUG SPRAGUE
                                           Assistant United States Attorney


_____       \_\_\_\_/s_____
DATED                                      BARRY J. PORTMAN
                                           Federal Public Defender
                                           Northern District of California
                                           STEVEN G. KALAR
                                           Assistant Federal Public Defender